RECEIVED - USDC -NH
2024 JUL 2 PM 1:42

UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

Plaintiff(s):

RYAN RANDALL

v.

Defendant(s):

JOSHUA RODRIGUEZ
DAVID WYNDHAM

See et al.

Civil COMPLAINT

**Parties to this Complaint**
(boxes will expand as you type)

Plaintiff(s)'s Name, Address and Phone Number

Ryan Randall
1812 Manchester Rd.
Saint Joseph MO, 64505

Defendant(s)'s Name, Address and Phone Number

Joshua Rodriguez Berlin New Hampshire
David Wyndham 14 Parker street Chealsea Boston MA

**Jurisdiction and Venue:**
(Explain why your case is being filed in federal court and why the court is legally permitted to hear your case. Box will expand as you type.)

I am sueing Joshua Rodrigues and David Wyndham for the violent act of rape and battery that was malicious and atrocious, and for filing a protection order against me for no cause which is a felony in the State of New Hampshire. Exhibit 1 letter to Berlin State court. Exibit 2 Judge Subers orders dismissal. Exib 3 Notice to pick up Exhibits Exhibit 4 letter to Mike Pearson

USDCNH-102 (Rev. 5/7/13)                    Page 1 of 2

## Statement of Claim

(As briefly as possible, state each claim you have against defendant(s) and state the legal cause of action, facts, and circumstances that gave rise to your claim(s). Box will expand as you type.)

My Exhibits are letters that show details of my ~~compla~~, plea to the Berlin New Hampshire police Mike Pearson, and the the Family probate New Hamphire State Courts Judge subers.

## Relief Requested from the Court

(Briefly state exactly what you want the Court to do for you. Box will expand as you type.)

To follow state statutes according to the law and to the Judges what the compansation shouldbe. I am seeking a Josh and David to be removed from public places and prison time according to the laws. and any monitary compenstation minimum of $115,000 ~~u~~ for federal law violations.

## Jury Demand

☐ Check this box if you are requesting a jury trial (if you want a jury of your peers to decide your case).

☒ Check this box if you are NOT requesting a jury trial (if you want the assigned judge to decide your case).

Date: July 2, 2024

Signature: *[signed]*